UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSHUA NEWTON,

                Plaintiff,

-against-

RONALD MEYER and NBC UNIVERSAL MEDIA LLC,

                Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _1/26/2022_____
```

22 Civ. 540 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    Plaintiff brings this action against NBC Universal Media LLC, invoking subject matter jurisdiction by reason of diversity of citizenship, 28 U.S.C. § 1332. If NBC Universal Media LLC is, indeed, a limited liability company, as its name would imply, then the complaint must allege the citizenship of natural persons who are members of the limited liability company and the place of incorporation and principal place of business of any corporate entities who are members of the limited liability company. By **February 15, 2022**, Plaintiff shall amend his pleading to allege the citizenship of each constituent person or entity. *See Handelsman v. Bedford Vill. Assocs. Ltd. P'ship*, 213 F.3d 48, 51-52 (2d Cir. 2000) (citing *Cosgrove v. Bartolotta*, 150 F.3d 729, 731 (7th Cir. 1998)); *Strother v. Harte*, 171 F. Supp. 2d 203, 205 (S.D.N.Y. 2001) ("For purposes of diversity jurisdiction, a limited liability company has the citizenship of each of its members."). If Plaintiff fails to amend by the foregoing date to truthfully allege complete diversity based upon the citizenship of each constituent person or entity of the limited liability company, then the complaint will be dismissed for lack of subject matter jurisdiction.

    SO ORDERED.

Dated: January 26, 2022
       New York, New York

                                        ANALISA TORRES
                                    United States District Judge