USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/22/2022

O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036

T: +1 212 326 2000
F: +1 212 326 2061
omm.com

March 21, 2022

**Anton Metlitsky**
D: +1 212 326 3139
ametlitsky@omm.com

**VIA ECF**

The Honorable Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *Joshua Newton v. Ronald Meyer and NBC Universal Media LLC*,
Case No. 1:22-cv-00540-AT (S.D.N.Y. filed Jan. 21, 2022)

Dear Judge Torres,

We represent Defendant NBC Universal Media LLC ("NBCU") in the above-referenced matter and write on behalf of the parties to inform the Court that the parties are **not** willing to consent to conducting all further proceedings before Judge Moses.

The parties also jointly request an extension of:

- The parties' deadline to submit a joint letter and a jointly proposed Case Management Plan and Scheduling Order, from **March 21, 2022**, to **April 1, 2022**, to give the parties an adequate opportunity to confer about an appropriate case schedule; and

- Defendants' deadline to answer, move, or otherwise respond to the Second Amended Complaint, from **March 24, 2022**, to **May 6, 2022**, to afford Defendants' counsel sufficient time to investigate the allegations and causes of action at issue in this case.

The parties have not previously sought any extensions, and these extensions will not affect any other deadlines in the case. Counsel for Plaintiff, Defendant Meyer, and Defendant NBCU all consent to this request.

GRANTED.

SO ORDERED.

Dated: March 22, 2022
New York, New York

ANALISA TORRES
United States District Judge