```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __4/15/2022__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSHUA NEWTON,

                Plaintiff,

-against-

RONALD MEYER and NBC UNIVERSAL MEDIA LLC,

                Defendants.

22 Civ. 540 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court shall issue a case management plan that conforms with its normal practice. Accordingly, the initial pretrial conference schedule for April 19, 2022, is ADJOURNED *sine die*.

    SO ORDERED.

Dated: April 15, 2022
       New York, New York

                                              ANALISA TORRES
                                          United States District Judge