UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSHUA NEWTON,

                         Plaintiff,

           -against-

RONALD MEYER and NBC UNIVERSAL
MEDIA LLC,

                         Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:   6/22/2022

22 Civ. 540 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed the parties' pre-motion letters dated June 10 and 17, 2022.
ECF Nos. 37–40. Accordingly:

1. Defendants' requests to file motions to dismiss are GRANTED;
2. By **July 26, 2022**, Defendants shall file their motions to dismiss;
3. By **August 16, 2022**, Plaintiff shall file his opposition papers; and
4. By **August 30, 2022**, Defendants shall file their replies, if any.

    SO ORDERED.

Dated: June 22, 2022
       New York, New York

_____
        ANALISA TORRES
    United States District Judge