UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
:
JOSHUA NEWTON, :
:
Plaintiff, :
: 22 Civ. 540 (JPC)
-v- :
: NOTICE OF
RONALD MEYER, *et al.*, : REASSIGNMENT
:
Defendants. :
:
----------------------------------------------------------------- :
X

JOHN P. CRONAN, United States District Judge:

This case has been reassigned to the undersigned. **All counsel must familiarize themselves with the Court's Individual Rules, which are available at https://www.nysd.uscourts.gov/hon-john-p-cronan**. Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment. Any currently scheduled conference or oral argument before the Court is adjourned pending further order of the Court. Counsel for all parties are hereby ORDERED to appear before the undersigned for a conference on December 6, 2022, at 10:30 a.m. by teleconference. At the scheduled time, counsel for all parties should call (866) 434-5269, access code 9176261. The parties should be prepared to provide an overview of the case as well as a description of any outstanding motions and requests.

SO ORDERED.

Dated: November 10, 2022
       New York, New York
                                                          _____
                                                          JOHN P. CRONAN
                                                          United States District Judge