**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
JOSHUA NEWTON,

                Plaintiff,

    -against-                                22 **CIVIL** 540 (JPC)

                                              **<u>JUDGMENT</u>**

RONALD MEYER and NBC UNIVERSAL
MEDIA LLC,

                Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 17, 2023, Defendants' motions to dismiss are granted. Newton's three causes of action are dismissed with prejudice; accordingly, the case is closed.

**Dated:**  New York, New York

      March 17, 2023

                                                                     **RUBY J. KRAJICK**

                                                                    **Clerk of Court**

                                  **BY:**      *K. Mango*

                                                                      **Deputy Clerk**