```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
JOSHUA NEWTON,                                                         :
                                                                       :
                              Plaintiff,                               :
                                                                       :        22 Civ. 540 (JPC)
               -v-                                                     :
                                                                       :        ORDER
RONALD MEYER et al.,                                                   :
                                                                       :
                              Defendants.                              :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

Plaintiff's motion for reconsideration, Dkt. 62, is denied without prejudice for failure to comply with Rule 6 of the Court's Individual Rules and Practices in Civil Cases, which requires a party to file a pre-motion letter prior to filing a motion. The Clerk of Court is respectfully directed to close Docket Number 62. To the extent Plaintiff still intends to move for reconsideration, he should file his premotion letter by April 18, 2023. Any premotion letter should address whether Plaintiff's motion is timely in light of Local Civil Rule 6.3's fourteen day deadline for filing a motion for reconsideration. *See Bocoum v. Daimler Trucks N. Am. LLC*, No. 17 Civ. 7636 (JPC) (BCM), 2023 WL 1466597, at *3 (S.D.N.Y. Feb. 2, 2023) (noting that failure to comply with Local Rule 6.3 is grounds for denying a motion for reconsideration).

SO ORDERED.

Dated: April 11, 2023
       New York, New York

                                                        _____
                                                                JOHN P. CRONAN
                                                                United States District Judge