```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
JOSHUA NEWTON,                                                         :
                                                                       :
                                Plaintiff,                             :
                                                                       :           22 Civ. 540 (JPC)
                -v-                                                    :
                                                                       :                ORDER
RONALD MEYER and NBC UNIVERSAL MEDIA                                   :
LLC,                                                                   :
                                                                       :
                                Defendants.                            :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

The Court will hold a conference on May 25, 2023, at 11:00 a.m. via telephone to address Plaintiff's anticipated motion. At the scheduled time, counsel for all parties shall call 866-424-5269, access code 9176261. Plaintiff should be prepared to address why its anticipated motion raises a valid basis for reconsideration and does not simply rehash the same arguments already made on issues already decided. *See R.F.M.A.S., Inc. v. Mimi So*, 640 F. Supp. 2d 506, 509 (S.D.N.Y. 2009) ("A motion for reconsideration may not be used to advance new facts, issues or arguments not previously presented to the Court, nor may it be used as a vehicle for relitigating issues already decided by the Court. The major grounds justifying reconsideration are an intervening change in controlling law, the availability of new evidence, or the need to correct a clear error or to prevent manifest injustice." (internal quotation marks and citations omitted)).

SO ORDERED.

Dated: April 27, 2023
       New York, New York

_____
JOHN P. CRONAN
United States District Judge